Erin Rose Ronstadt, SBN 028362
Kevin Koelbel, SBN 016599
OBER & PEKAS, PLLC
3030 North 3rd Street, Suite 1230
Phoenix, AZ 85012
(602) 277-1745
(602) 761-4443 Fax
erin@oberpekas.com
kevin@oberpekas.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ismelda Garza f/k/a Ismelda Sapien, a single woman,<br><br>                              Plaintiff,<br>v.<br><br>Metropolitan Life Insurance Company, a plan fiduciary; Verizon Wireless Managed Disability Benefits, an ERISA benefit plan; Cellco Partnership d/b/a Verizon Wireless and Affiliates, a plan sponsor and/or plan administrator; and Verizon Wireless Employee Benefits Committee, a plan administrator,<br>                              Defendants. | No. CV-16-03179-PHX-DGC<br><br>**NOTICE OF AMENDMENT TO JUNE 30, 2017 NOTICE (DOC. 25), AND NOTICE OF RESOLUTION** |

Plaintiff hereby gives notice that she is amending her June 30, 2017 Notice (Doc. 25), which was filed in error, and hereby gives notice that the above-referenced matter has been resolved. Plaintiff will file a Stipulation to Dismiss with Prejudice prior to July 31, 2017 pursuant to this Court's June 30, 2017 Order (Doc. 26).

DATED this 5th day of July, 2017.

                    OBER & PEKAS, PLLC

                    By: *s/ Erin Rose Ronstadt*
                        Erin Rose Ronstadt
                        Kevin Koelbel
                        *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on July 5, 2017, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Jim Mackie
Christopher M. Pastore
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
3430 E. Sunrise Dr., Suite 220
Tucson, AZ 85718
jim.mackie@ogletreedeakins.com
christopher.pastore@ogletreedeakins.com
*Attorney for Defendants*

*s/ Erin Ronstadt*