# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Ismelda Garza f/k/a Ismelda Sapien, a single woman,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Metropolitan Life Insurance Company; et al.,<br><br>　　　　　Defendants. | No. CV16-3179-PHX DGC<br><br>**ORDER OF DISMISSAL** |

Pending before the Court is a Stipulation of Dismissal with Prejudice. Doc. 29.

**IT IS ORDERED** that this stipulation of dismissal with prejudice (Doc. 29) is **granted**. The above-captioned lawsuit is dismissed with prejudice in its entirety, with each party to bear its own costs and attorneys' fees.

Dated this 28th day of July, 2017.

_____
David G. Campbell
United States District Judge